UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                                   CRIMINAL ACTION NO. 5:25-cr-00180

JORGE ELPIDIO ERAZ-JIMENEZ

## ORDER

On January 20, 2026, all counsel and the Defendant appeared for a guilty plea hearing. Count One charges the Defendant with being an alien found in the United States without obtaining the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a). [Doc. 16]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on January 20, 2026. [Doc. 40]. Objections in this case were due on February 6, 2026. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 40**]. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: February 11, 2026



Frank W. Volk
Chief United States District Judge